**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ABDERRAHIM N.,                                          Case No. 26-CV-2033 (NEB/ECW)

       Petitioner,

v.                                                                      ORDER ACCEPTING
                                                                  REPORT AND RECOMMENDATION

SHERBURNE COUNTY JAIL & UNITED
STATES OF AMERICA,

       Respondents.

---

The Court has received the April 27, 2026 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 8.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The Report and Recommendation (ECF No. 8) is ACCEPTED;

2.      The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED WITHOUT PREJUDICE for lack of jurisdiction;

3.      The action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 19, 2026                                    BY THE COURT:

                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge