# UNITED STATES DISTRICT COURT

## District of Minnesota

Abderrahim Nasri,

Petitioner(s),

v.

Sherburne County Jail and United States of America,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-2033 NEB/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation (ECF No. 8) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED WITHOUT PREJUDICE for lack of jurisdiction;

3. The action is DISMISSED WITH PREJUDICE.

Date: 5/19/2026

KATE M. FOGARTY, CLERK